THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Bryan
 Poindexter, Appellant.
 
 
 

Appeal From Beaufort County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No.  2012-UP-007
Submitted December 1, 2011  Filed January
 4, 2012

APPEAL DISMISSED

 
 
 
Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John W.
 McIntosh, and Assistant Deputy Attorney General Sally W. Elliott, all of
 Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton, for Respondent.
 
 
 

PER CURIAM:  Bryan Poindexter appeals his convictions for
 first-degree criminal sexual conduct, assault and battery of a high and
 aggravated nature, and kidnapping, arguing the circuit court erred in giving a
 jury instruction on reasonable doubt that was confusing and that lessened the
 State's burden of proof.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved.
APPEAL DISMISSED.
SHORT, WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.